**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 04-cr-00313-LTB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LANCE DERRIN REDFEATHER-BOND,

        Defendant.

---

## ORDER AMENDING DATE OF PREVIOUSLY APPROVED MODIFICATION

---

        This matter comes before the Court upon report of the Probation Officer concerning the modification of the defendant's conditions of supervised release that was approved on May 11, 2012. Specifically, the Court approved the addition of Special Condition Number 6: Residential Reentry Center (RRC) placement, to commence May 31, 2012. This date was submitted to the Court in error as it will cause a lapse in RRC placement for the defendant. Determining such, it is

        ORDERED that the date of commencement of the RRC placement is to be May 28, 2012.

        DATED at Denver, Colorado, this   17th   day of May, 2012.


        BY THE COURT:


          s/Lewis T. Babcock
        Lewis T. Babcock
        Senior United States District Judge