IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 04-cr-00313-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.  LANCE DERRIN REDFEATHER-BOND,

       Defendant.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that a supervised release violation hearing regarding Defendant Redfeather-Bond is set **Thursday, October 11, 2012 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.


Dated: August 31, 2012